| AO-10 |
|---|
| Rev. 1/2004 |

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics in Government Act of 1978

(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name. Middle initial) FALLON, ELDON E | 2. Court or Organization U.S. District Court, Louisiana | 3. Date of Report 5/12/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE (ACTIVE) | 5. ReportType (check appropriate type) ● Nomination Date ○ Initial ◉ Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address U. S. DISTRICT COURT 500 POYDRAS STREET - ROOM C456 NEW ORLEANS, LA 70130 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Ex-Officio Board Member/Past President | Louisiana Bar Foundation |
| 2. | Board Member | Louisiana Supreme Court Historical Society |
| 3. | Trustee | Testamentary Trust |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

FINANCIAL DISCLOSURE OFFICE 2005 MAY 16 P 2: 11 RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse: see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

■ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1.    2004 | Thompson-West (book royalty) | 3,345.86 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE   - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1.    FREE--Modernization, Agricultural Technology Seminar | 7/6-11/04 - Big Sky, MT (Travel, Housing and Food) |
| 2.    George Mason -- Heroism in Homer & Sophocles Seminar | 11/11-14/04 -- San Antonio, TX (Tavel, Housing and Food) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FALLON, ELDON E | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. PARCEL #1, NOLA | C | Rent | M | W | | | | | |
| 2. PARCEL #2, NOLA | C | Rent | M | W | | | | | |
| 3. PARCEL #3, NOLA | C | Rent | M | W | | | | | |
| 4. PARCEL #4, NOLA | C | Rent | M | W | | | | | |
| 5. PARCEL #5, NOLA | E | Rent | O | W | | | | | |
| 6. PARCEL#6, MS (Pearl River County) | A | sold cows | O | W | | | | | |
| 7. DUKE COMMON STOCK | A | Dividend | K | T | | | | | |
| 8. FIDELITY FUND COMMON STOCK | A | Dividend | K | T | | | | | |
| 9. EMPIRE DISTRICT ELECTRIC COMMON STOCK | A | Dividend | J | T | | | | | |
| 10. ANODARKA COMMON STOCK | A | Dividend | K | T | | | | | |
| 11. VIAD COMMON STOCK | A | Dividend | J | T | | | | | |
| 12. FINOVA COMMON STOCK | A | Dividend | J | T | | | | | |
| 13. IRA - AM SOUTH (formerly JEFFERSON GUARANTY) | D | Dividend | N | T | | | | | |
| 14. *BANK ONE (IRA) | B | Dividend | K | T | | | | | |
| 15. *SCHWAB MONEY MARKET ACCOUNT (formerly BANK ON (MO Y MKT) | D | Interest | N | T | | | | | |
| 16. SAVING/FIDELITY HOMESTEAD ASSN' | A | Interest | J | T | | | | | |
| 17. PARCEL #7, NOLA | B | Rent | L | W | | | | | |
| 18. PARCEL #8, NOLA | B | Rent | L | W | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| FALLON, ELDON E | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. PARCEL #9, NOLA | B | Rent | L | W | | | | | |
| 20. *TESTAMENTARY TRUST | | None | L | T | | | | | |
| 21. VANGUARD INDEX TRUST SMALL CAP STOCK PORTFOLIO (NAESX)MUTUAL | A | Dividend | K | T | | | | | |
| 22. LEGG MASON VALUE MUTUAL FUND | A | Dividend | K | T | | | | | |
| 23. FORD MOTOR CO. (BONDS) | B | Interest | | | sold | 2/23 | K | A | |
| 24. NATIONSBANK CORP (BONDS) | B | Interest | K | T | | | | | |
| 25. *GNMA'S POOL (BONDS) | B | Interest | K | T | | | | | |
| 26. *GENERAL ELECTRIC COMMON STO K [removed in error in 2003] | A | Dividend | J | T | | | | | |
| 27. *GENERAL MOTORS CLASS H [remained on list in error in 2003] | A | Dividend | | | sold | 2002 | J | | |
| 28. PROCTOR & GAMBLE COMMON STOCK | A | Dividend | K | T | | | | | |
| 29. EXXON MOBIL CORPORATION COMMON TOCK | A | Dividend | K | T | | | | | |
| 30. CITIGROUP COMMON STOCK | A | Dividend | J | T | | | | | |
| 31. PFIZER (formerly Warner Lambert common stock) | A | Dividend | J | T | | | | | |
| 32. HOME DEPOT COMMON STOCK | A | Dividend | J | T | | | | | |
| 33. WAL MART STORES INC COMMON STOCK | A | Dividend | K | T | | | | | |
| 34. APPLIED MATLS INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 35. CISCO SYSTEMS INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 36. DELL COMPUTER CORP COMMON STOCK | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FALLON, ELDON E | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. EMC CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 38. INTEL CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 39. SUN MICROSYSTEMS INC COMMON STOCK | A | Dividend | | | sold | 8/16 | J | | |
| 40. GLOBAL SANTE FE CORPS SHS (formerly GLOBAL MA IN , merged) | A | Dividend | J | T | | | | | |
| 41. KEY ENERGY SVCS INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 42. PRIDE INTERNAT'L COMMON STOCK | A | Dividend | J | T | | | | | |
| 43. CHECK POINT SOFTWARE COMMON STOCK | A | Dividend | J | T | | | | | |
| 44. SCHWABB MONEY MARKET FUND (See VII for explanation) | C | Interest | N | T | | | | | |
| 45. BOEING CO. | A | Dividend | J | T | | | | | |
| 46. EMERSON ELECTRIC CO. | A | Dividend | J | T | | | | | |
| 47. *INSTINET GROUP, INC. | | | | | sold | 2001 | | | |
| 48. OIL STS INTERNAT'L INC.CO. | A | Dividend | K | T | | | | | |
| 49. AMERISOURCE BERGEN CORP | A | Dividend | | | sold | 8/16 | K | | |
| 50. AMERICAN INTERNATIONAL GROUP | A | Dividend | | | sold | 10/4 | J | | |
| 51. BANKAMERICA CORP. | A | Dividend | J | T | | | | | |
| 52. BELLSOUTH CORP. | A | Dividend | J | T | | | | | |
| 53. BED BATH & BEYOND INC. COM | A | Dividend | J | T | | | | | |
| 54. BOEING CO. | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FALLON, ELDON E | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. CARDINAL HEALTH COM | A | Dividend | | | sold | 8/16 | J | | |
| 56. DEVON ENERGY CORP NEW COM | A | Dividend | K | T | | | | | |
| 57. HOME DEPOT | A | Dividend | J | T | | | | | |
| 58. FOREST LABS INC. COM | A | Dividend | J | T | | | | | |
| 59. GNMA PASS-THRU X SINGLE FLY | C | Interest | K | T | | | | | |
| 60. INTERNATIONAL BUS. MACHINES | A | Dividend | J | T | | | | | |
| 61. INTERNATIONAL FLAV & FRA | A | Dividend | J | T | | | | | |
| 62. *JOHNSON & JOHNSON | | | | | sold | 2002 | J | | |
| 63. KRAFT FOODS INC. CL A | A | Dividend | J | T | | | | | |
| 64. LOCKHEED MARTIN CORP COM | A | Dividend | J | T | | | | | |
| 65. MARSH & MCCLENNAN | A | Dividend | | | sold | 10/14 | J | A | |
| 66. MCGRAW HILL, INC. | A | Dividend | J | T | | | | | |
| 67. PEPSICO, INC. | A | Dividend | K | T | | | | | |
| 68. RAYTHEON CO. | A | Dividend | J | T | | | | | |
| 69. ROCKWELL COLLINS INC. COM | A | Dividend | J | T | | | | | |
| 70. SBC COMMUNICATIONS | A | Dividend | J | T | | | | | |
| 71. TEXAS INSTRUMENTS | A | Dividend | J | T | | | | | |
| 72. UNITED POSTAL SERVICE | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| FALLON, ELDON E | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. UNITED TECHNOLOGIES CP | A | Dividend | K | T | | | | | |
| 74. WALGREEN CO | A | Dividend | K | T | | | | | |
| 75. WELLS FARGO CORP | A | Dividend | K | T | | | | | |
| 76. FNMA MTG POOL | C | Interest | K | T | | | | | |
| 77. BOSTON PROPERTIES INC COM | A | Dividend | K | T | | | | | |
| 78. CONAGRA INC COM | A | Dividend | K | T | | | | | |
| 79. ENTERPRISE PRODS PARTN COM [formerly GULFTERRA EN RGY]] | A | Dividend | K | T | | | | | |
| 80. MASCO CORP | A | Dividend | K | T | | | | | |
| 81. OGE ENERGY CORP | A | Dividend | K | T | | | | | |
| 82. PEOPLES ENERGY CORP COM | A | Dividend | K | T | | | | | |
| 83. PLUM CREEK TIMBER DEPOSITARY UNIT | A | Dividend | J | T | | | | | |
| 84. SARA LEE CORP | A | Dividend | K | T | | | | | |
| 85. VANGUARD FXD INC SECS INFL PROT SECS | A | Dividend | K | T | | | | | |
| 86. VANGUARD GNMA PORTFOLIO | A | Dividend | L | T | | | | | |
| 87. WASHINGTON MUTUAL INC COM | A | Dividend | K | T | | | | | |
| 88. ALUMINUM CO AMER | | Dividend | J | T | | | | | |
| 89. BP AMOCO PLC SPONSORED ADR | A | Dividend | J | T | Purchased | 8/16 | J | | |
| 90. DEVON ENERGY CORP NEW COM | A | Dividend | J | T | Purchased | 8/16 | J | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| FALLON, ELDON E | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. DOW CHEMICAL CO | A | Dividend | J | T | Purchased | 9/30 | J | | |
| 92. DUKE POWER CO | A | Dividend | J | T | Purchased | 8/16 | J | | |
| 93. JOHN HANCOCK BK & THRIFT SH BEN INT | A | Dividend | J | T | Purchased | 8/16 | J | | |
| 94. OIL STS INTL INC COM | A | Dividend | J | T | Purchased | 8/16 | J | | |
| 95. PENN VA RES PARTNERS LP COM | A | Dividend | J | T | Purchased | 8/16 | J | | |
| 96. PIMCO CORPORATE OPP FD COM | A | Dividend | J | T | Purchased | 8/16 | J | | |
| 97. SAN JUAN BASIN ROYALTR UNIT BEN INT | A | Dividend | J | T | Purchased | 8/16 | J | | |
| 98. SOUTHERN CO. | A | Dividend | J | T | Purchased | 8/16 | J | | |
| 99. VANGUARD TOTAL STOCK MKT INDEX FUND | A | Dividend | M | T | Purchased | 3/4 | L | | |
| 100. MONEYGRAM INTERNATIONAL, INC. [Spin off of VIAD] | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

VII. INVESTMENTS AND TRUSTS.

*****************************************

#14. Bank One (IRA) funds sold and replaced by Ameristock Mutual Fund, Manisco Focus Fund, MSIF Int. Real Estate Fund, Navellier Mid Cap Fund, PBHC Mid Cap Fund, Pimco Total Return, Pacific Capital Small Cap Fund, Sentine High Yield Bond Fund, a total value of $42,150.84.

#15. Bank One (Money Market) moved to SchwabMoney Market. Henceforth, Schwab.

*****************************************

#20. Assets of Testmentary Trust.

(1) Trustee, with no direct personal interest, for Account of Testamentary Trust on deposit with Bank One, New Orleans, Louisiana. The interest income is paid pursuant to the terms of the Trust in monthly installments to ███████████ who is income beneficiary for life or remarriage. Trustee's two major ███████ are the principal beneficiaries of the Trust.

(2) Lot Lakeside Estates, Geneva County, Alabama, appraised value $600

*****************************************

#25. GNMA'S POOL BONDS is principle reduction on a government mortgage pool.

#26. GENERAL ELECTRIC COMMON STOCK was inadvertenctly reported sold in 2002 and removed from the 2003 financial dislosure report instead of GENERAL MOTORS CLASS H which was sold in 2002 and should have been removed.

#27. GENERAL MOTORS CLASS H was sold in 2002 and GENERAL ELECTRIC COMMON STOCK on the line above mistakenly noted as sold and removed in place of GENERAL MOTORS on the 2003 report.

#44. SCHWABB MONEY MARKET FUND is funds in an IRA cash reserve with money in and out, similiar to a bank account. This fund is treated like a CD, and some of the funds are used to purchase other stocks, i.e., the value at beginning of the year was greater than the value at the end as the funds were reduced by purchase of more shares in fund. $100,000 of these funds were used to purchase VANGUARD INDEX TOTAL STOCK MARKET.

#47. INSTNET GROUP, INC. was purchased on 5/17/01 and sold on 5/18/01 at a loss. Inadvertenetly this investment failed to be removed from the FDR reports.

# 62. JOHNSON & JOHNSON was sold 10/23/02, at a loss. It was inadvertently not removed from the 2003 report.

#99. VANGUARD TOTAL STOCK MKT INDEX FUND shares were purchased 3/4/04 with $100,000 from the SCHWABB MONEY MARKET Account.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | FALLON, ELDON E | 5/12/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:

Date May 13, 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544